IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,  No. 2:05-cv-2600-MCE-GGH-PS

    Plaintiff,

  v.  ORDER

STATE COMPENSATION INS
INSURANCE FUND,

    Defendant.
_____/

On March 14, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any Objections to the Findings and Recommendations were to be filed within ten (10) days. Plaintiff filed Objections on March 20, 2006, Defendant filed a Reply to Plaintiff's Objections, and they were considered by the district judge.

This Court reviews de novo those portions of the proposed findings of fact to which objection has been made.

///

1

1  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore
2  Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert.
3  denied</u>, 455 U.S. 920 (1982).  As to any portion of the proposed
4  findings of fact to which no objection has been made, the Ccourt
5  assumes its correctness and decides the motions on the applicable
6  law.  See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir.
7  1979).  The magistrate judge's conclusions of law are
8  reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>,
9  708 F.2d 452, 454 (9th Cir. 1983).
10      The Court has reviewed the applicable legal standards and,
11 good cause appearing, concludes that it is appropriate to adopt
12 the Proposed Findings and Recommendations in full.  Accordingly,
13 IT IS ORDERED that:
14     1.  The Proposed Findings and Recommendations filed March
15 14, 2006, are ADOPTED;
16     2.  Defendants' Motions to Dismiss are granted; and
17     3.  This action is dismissed with prejudice.
18 DATED: April 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE