UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| JOSE DEJESUS RODRIGUEZ,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>Defendant - Appellee,<br><br>and<br><br>ERIC P. JONES,<br><br>Defendant. | No. 06-16006<br>D.C. No. CV-05-02600-MCE/GGH<br><br>**ORDER** |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [✓]

Explanation: ______________________________

______________________________

______________________________

______________________________

______________________________
Judge MORRISON C. ENGLAND, JR.
United States District Court

Date: JUL 10 2006