IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

     Plaintiff,                        No. CIV S-05-2600 MCE GGH PS

     vs.

STATE COMPENSATION
INSURANCE FUND, et al.,                 <u>ORDER</u>

     Defendants.

_____/

     On September 6, 2006, plaintiff filed four documents in this case, in which judgment was entered May 1, 2006, and the appeal dismissed August 22, 2006. This action is closed. Plaintiff's filings are not ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded.

     IT IS SO ORDERED.

DATED: 9/12/06

                                   /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

GGH5:Rodriguez2600.aft.jdgmt.wpd